UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Luis Gonell, Jr.,

    Plaintiff,

v.                                  Case No.: 8:05-cv-2274-T-27MSS

Busch Entertainment Corporation
d/b/a/ Adventure Island,

    Defendant.
_____/

## ORDER

This cause comes on for consideration of non-party movant, the Agency for Health Care Administration's (the "Agency") Motion to Quash Subpoena (Dkt. 11)("Motion to Quash") and Defendant's response thereto (Dkt. 16).

Defendant informs the Court that it has contacted the Agency and was informed that upon Plaintiff's execution of a medical release, specifically, the Florida Medicaid Authorization for the Use and Disclosure of Protected Health Information, the Agency would release the records Defendant seeks. Defendant further informs the Court that Plaintiff is amenable to signing the medical release and, therefore, the Court should deny the Agency's Motion to quash (Dkt. 11).

Upon review of Defendant's response, the Court orders that the Agency's Motion to Quash (Dkt. 11) is **DENIED** without **PREJUDICE**. Upon receipt of Plaintiff's signed medical release, the Agency shall release, to the extent that it is capable, the records responsive to Defendant's subpoena. The Agency is not

required to release any records to Defendant prior to receipt of Plaintiff's signed medical release. Should Defendant attempt to enforce its subpoena without the signed medical release, the Agency may renew its Motion to Quash.

**DONE** and **ORDERED** in Tampa, Florida this 8th day of June 2006.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record